■ In the Matter of MARTIN DEPTULA, Appellant, v CARLEEN DEPTULA, Respondent. [625 NYS2d 971] —Order unanimously affirmed without costs for reasons stated in decision at Onondaga County Family Court, Bersani, J. (Appeal from Order of Onondaga County Family Court, Bersani, J.—Modify Custody.) Present—Pine, J. P., Lawton, Wesley, Callahan and Doerr, JJ.